UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PETER PARKINS, et al.,

        Plaintiffs,

v.

DAE H. AN, et al.,

        Defendants.

Civ. Action No. 06-3710 (KSH)

**ORDER**

**Katharine S. Hayden, U.S.D.J.**

**THIS MATTER** having come before the Court upon the defendants' motions for summary judgment; the Court having considered the written submissions by the parties; and for the reasons more fully set forth in the opinion of this Court filed on this date,

**IT IS** on this 31st day of March, 2008

**ORDERED** that defendants' motions for summary judgment, appearing on the docket as entries # 34 and 45, are **granted**; and it is further

**ORDERED** that the Complaint is **dismissed**; and it is further

**ORDERED** that defendants' cross-claims, see docket entries # 8 and # 9, are **dismissed** as moot; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

                                      /s/Katharine S. Hayden

                                      Katharine S. Hayden, U.S.D.J.